# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-2242-DMS |
|---|---|
| Plaintiff, | **ORDER GRANTING CORRECTED JOINT MOTION TO CONTINUE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| AUGUSTO JEAN CARLO CASTILLO-HERNANDEZ, aka "Metal," aka "Joker," | |
| Defendant. | |

This matter comes before the Court on the parties' Corrected Joint Motion to Continue Motion Hearing (Dkt. 32). Upon reviewing the Joint Motion and good cause appearing,

IT IS HEREBY ORDERED that the Motion Hearing set for November 10, 2022 at 11:00 a.m. be continued to January 13, 2023 at 11:00 a.m.

IT IS FURTHER ORDERED that the time between November 10, 2022 and January 6, 2023 be excluded under the Speedy Trial Act for the reasons set forth in the parties' Joint Motion, including the ongoing and voluminous nature of discovery in this case. The Court finds that for the reasons set forth in the Joint Motion, the ends of justice outweigh the defendant's and public's right to more expeditious trial. 18 U.S.C. § 3161(h)(7)(B)(i), (ii) and (iv).

SO ORDERED.

Dated: November 9, 2022

HON. DANA M. SABRAW
Chief United States District Judge